UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT EARL GEE, #452903, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:18-cv-1375 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CONNIE HORTON, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has denied the habeas petition and resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 11, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge